# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Howard Cohan

                         Plaintiff,

v.                                           Case No.: 1:19−cv−05373
                                                    Honorable John J. Tharp Jr.

Vega Hospitality Group, LLC.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:By order dated March 13, 2020, the Court directed Plaintiff to file a motion for entry of default by April 10, 2020 [13]. That deadline was extended by the District's General Orders 20−12 to June 26, 2020. The Court warned Plaintiff that his failure to comply would result in dismissal of this case for want of prosecution [13]. Plaintiff has not complied. Further, Plaintiff did not comply with the requirement of the Third Amended General Order 20−12 to file a written status report. Accordingly, this case is dismissed without prejudice for Plaintiff's failure to comply with the Court's order. The Court directs the Clerk of Court to enter judgment dismissing this case and terminate any future dates or pending motions as moot. To further pursue any claim asserted in the complaint, Plaintiff must file a new case. This case is closed. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.