**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CV-05373 |
| | ) | |
| VEGA HOSPITALITY GROUP, LLC. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT ORDER

This action having been dismissed without prejudice for want of prosecution by Judge John J. Tharp, Jr., Judgment is hereby entered in favor of Defendant Vega Hospitality Group, LLC and against plaintiff Cohan. Defendant shall not recover costs from Plaintiff.

Date: July 7, 2020

John J. Tharp, Jr.
United States District Judge